

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00115-CV

_____


IN THE INTEREST OF C.A.A., A CHILD


On Appeal from the County Court at Law
Hopkins County, Texas
Trial Court No. CV39205


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM  OPINION

Matthew Dale Allen, appellant, filed his notice of appeal October 28, 2010.

There is no information to indicate Allen has made efforts to have the clerk's record filed with this Court.   Further, Allen has not paid a filing fee or made any claim of indigency.  *See* TEX. R. APP. P. app. A (B)(1); 20.1.   On January 3, 2011, we contacted Allen by letter, giving him an opportunity to cure the various defects, and warning him that if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Allen.   Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.

Bailey C. Moseley
Justice

Date Submitted:     January 25, 2011
Date Decided:       January 26, 2011

2